**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEITH JAGDHUBER<br><br>Plaintiff,<br><br>v.<br><br>SAM'S CLUB<br><br>Defendant. | Civil Action No. 1:18-cv-00085-CCC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Keith Jagdhuber and Defendant Sam's Club, by and through their respective attorneys, hereby stipulate and agree that the above-referenced action is hereby dismissed in its entirety with prejudice, without fees or costs to either party.

Respectfully submitted,

| **SWARTZ SWIDLER, LLC** | **MCDONNELL & ASSOCIATES, P.C.** |
|---|---|
| */s/ Carley A. Doyle* | */s/ Gwyneth R. Williams* |
| Carley A. Doyle, Esq. | Gwyneth R. Williams, Esq. |
| 1101 North Kings Highway, Suite 402 | 500 Route 70 West |
| Cherry Hill, NJ 08034 | Cherry Hill, NJ 08002 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Approved by: _____

The Honorable Christopher C. Conner, J.